1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,
11          Respondent,                No. CR S-07-0088 FCD GGH P
12      vs.
13  SABAS MIRAMONTES,
14          Movant.                    ORDER
15  _____/
16          Movant has filed a 28 U.S.C. § 2255 motion.  The matter was referred to a United
17  States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
18          On December 20, 2010, the magistrate judge filed findings and recommendations
19  herein which were served on all parties and which contained notice to all parties that any
20  objections to the findings and recommendations were to be filed within fourteen days.  Movant
21  has filed objections to the findings and recommendations.
22          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
23  304, this court has conducted a de novo review of this case.  Having carefully reviewed the
24  entire file, the court finds the findings and recommendations to be supported by the record and
25  by proper analysis.
26  /////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 30, 2010, are adopted in full; and

2. Miramontes' § 2255 motion, or in the alternative, his motion under § 3582(c), is denied.

DATED: March 18, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE