1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
3   Counsel Designated for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorneys for Defendant
    SABAS MIRAMONTES
7

8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. S 07-88 KJM |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| SABAS MIRAMONTES, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE – POTENTIAL RELEASE DATE, NOVEMBER 1, 2015 |
| Defendant. | |
| | Judge:  Honorable  KIMBERLY J. MUELLER |

Defendant, SABAS MIRAMONTES, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On October 6, 2008, this Court sentenced Mr. Miramontes to a term of 151 months imprisonment;

3.      His total offense level was 33, his criminal history category was II, and the resulting guideline range was 151 to 188 months;

4.      The sentencing range applicable to Mr. Miramontes was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Miramontes' total offense level has been reduced from 33 to 31, and his amended guideline range is 121 to 151 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Miramontes' term of imprisonment to a term of 121 months.

Respectfully submitted,

Dated:  May 21, 2015                          Dated:  May 21, 2015

BENJAMIN B. WAGNER                   HEATHER E. WILLIAMS
United States Attorney                        Federal Defender


 /s/ Jason Hitt                                    /s/ David M. Porter
JASON HITT                                     DAVID M. PORTER
Assistant U.S. Attorney                       Assistant Federal Defender

Attorney for Plaintiff                          Attorney for Defendant
UNITED STATES OF AMERICA       SABAS MIRAMONTES


**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Miramontes is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2008 is reduced to a term of 121 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1    Unless otherwise ordered, Mr. Miramontes shall report to the United States Probation

2    Office within seventy-two hours after his release.

3    Dated:   May 22, 2015

4

5    _____

6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28